**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BELMONT, JOHN EUGENE § Case No. 08-01500
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 23, 2008. The undersigned trustee was appointed on May 30, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         15,500.67

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,287.92 |
   | Bank service fees | 408.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 13,804.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 06/30/2008 and the deadline for filing governmental claims was 07/21/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,300.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,300.07, for a total compensation of $2,300.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2012          By:/s/ILENE F. GOLDSTEIN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-01500  
Case Name: BELMONT, JOHN EUGENE  
Period Ending: 11/16/12

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/28/08 (c)  
§341(a) Meeting Date: 07/07/08  
Claims Bar Date: 06/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE (u)<br>224-226 Green Bay Road, Highwood, Owned jointly with Debtor's wife, Mary Lynn, Belmont, Land purchased: 1994, Land Purchase price: 217,000, Building built in 2001, appraised in January, 2008 | 1,280,000.00 | 1,000.00 | | 500.00 | FA |
| 2 | RESIDENCE<br>104 Moffet, Lake Bluff, IL 60044, Date Purchased: 8/2004, Purchase price: $625,000, Down payment: $125,000 | 850,000.00 | 62,020.00 | | 0.00 | FA |
| 3 | RESIDENCE<br>531 E. North Avenue, Date Purchased: 3/2003, Purchase Price: $580,000, Down payment: $100,000 | 600,000.00 | 41,250.00 | | 0.00 | FA |
| 4 | RESIDENCE (u)<br>204 Witchwood, Date Purchased: 8/2006, Purchase Price: $745,000, Down Payment: $200,000 | 750,000.00 | 0.00 | | 0.00 | FA |
| 5 | RESIDENCE<br>251 E. Washington, Date Purchased: 9/2006, Purchase Price: $1,100,000, Down Payment: $250,000 | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 6 | RESIDENCE<br>37 Ravine Forest Drive, Lake Forest, IL 60045, Property is owned by 37 Ravine Forest Drive, LLC | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 7 | RESIDENCE<br>405 Moraine Drive, Lake Forest, IL 60 045, Property is owned by 405 Moraine, LLC | 800,000.00 | 0.00 | | 0.00 | FA |
| 8 | RESIDENCE<br>Fisherman's Dude Ranch, Chicago, IL, Property is owned by Edgewater, LLC | 1.00 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>Checking account at Harris Bank | 700.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS<br>Ordinary household furnishings for a 7 room home, owned jointly with Debtor's wife | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | BOOKS AND ART OBJECTS<br>Miscellaneous books, music, movies, etc. | 500.00 | 300.00 | | 0.00 | FA |
| 12 | WEARING APPAREL AND JEWELRY<br>Ordinary used men's clothing | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

**Form 1**

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-01500  
Case Name: BELMONT, JOHN EUGENE  

Period Ending: 11/16/12

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/28/08 (c)  
§341(a) Meeting Date: 07/07/08  
Claims Bar Date: 06/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | WEARING APPAREL AND JEWELRY<br>    Men's watch, ring | 500.00 | 0.00 | | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES<br>    Whole life insurance policy - $15,000 cash value, $250,000 death benefit to wife | 15,000.00 | 0.00 | | 0.00 | FA |
| 15 | PENSION PLANS AND PROFIT SHARING<br>    IRA account | 15,000.00 | 0.00 | | 0.00 | FA |
| 16 | STOCK AND BUSINESS INTERESTS<br>    100% owner of John Belmont & Associates, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 17 | STOCK AND BUSINESS INTERESTS<br>    100% owner of Belmont Homes, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 18 | STOCK AND BUSINESS INTERESTS<br>    100% owner of 37 Ravine Forest, LLC | 1.00 | 1.00 | | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Edgwater, LLC (Partner - Tom Bartlett) | 1.00 | 1.00 | | 0.00 | FA |
| 20 | STOCK AND BUSINESS INTERESTS<br>    50% owner of B & B Building Group, LLC (Partner - Tom Bartlett) | 1.00 | 1.00 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS<br>    100% owner of 405 Moraine, LLC | 1.00 | 1.00 | | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Bella Building Group, LLC (Partner - Mike Ranta) | 1.00 | 1.00 | | 0.00 | FA |
| 23 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Handiworks, Inc. (Partner - Todd Stefaniak) | 1.00 | 1.00 | | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS<br>    100% owner of Shoreline Custom Homes, LLC - a Florida corporation | 1.00 | 1.00 | | 0.00 | FA |
| 25 | TAX REFUNDS<br>    Anticipated 2007 income tax refund | 1.00 | 1.00 | | 0.00 | FA |
| 26 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Construction/Carpentry tools | 5,000.00 | 3,500.00 | | 0.00 | FA |
| 27 | Lawsuit on Tranfer of House  (u) | Unknown | Unknown | | 15,000.00 | FA |

Printed: 11/16/2012 11:31 AM    V.13.04

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 08-01500 | Trustee: | (330290) ILENE F. GOLDSTEIN |
| --- | --- | --- | --- |
| Case Name: | BELMONT, JOHN EUGENE | Filed (f) or Converted (c): | 05/28/08 (c) |
| | | §341(a) Meeting Date: | 07/07/08 |
| Period Ending: | 11/16/12 | Claims Bar Date: | 06/30/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| Int | INTEREST (u) | Unknown | N/A | | 0.67 | Unknown |
| 28 | Assets    Totals (Excluding unknown values) | $6,719,711.00 | $108,080.00 | | $15,500.67 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS:   THERE ARE TWO COMPLAINTS PENDING; ONE OBJECTING TO DISCHARGE AND ONE FOR FRAUDULENT CONVEYANCE.   THE DEBTOR SUPPOSEDLY HAS AGREED ON THE DISCHARGE ISSUE AND THE DEFENDANT HAVE AGREED ON SETTLEMENT ON THE FRAUDULENT CONVEYANCE COMPLAINT.  THIS IS UP FOR STATUS WITH THE COURT ON JANUARY 27, 2012.

Initial Projected Date Of Final Report (TFR):      December 31, 2010          Current Projected Date Of Final Report (TFR):      December 31, 2012

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-01500 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | BELMONT, JOHN EUGENE | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******82-65 - Checking Account |
| Taxpayer ID #: | **-***0377 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/16/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/11 | {27} | Don Engel for Marla Bacchus | Recovery under avoiding power | 1241-000 | 14,000.00 | | 14,000.00 |
| 07/15/11 | 1001 | B. Lane Hasler P.C. | Special Counsel expenses | 3220-000 | | 1,276.00 | 12,724.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 12,724.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,724.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.63 | 12,694.54 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.63 | 12,699.17 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,699.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.09 | 12,673.18 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,673.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.17 | 12,648.11 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,648.21 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.72 | 12,620.49 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,620.59 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.93 | 12,594.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,594.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.53 | 12,567.23 |
| 02/15/12 | {27} | Mary Lynn Belmont | Avoiding Powers settlement | 1241-000 | 500.00 | | 13,067.23 |
| 02/15/12 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #08-01500, 2012-2013 Bond Premium | 2300-000 | | 11.92 | 13,055.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.33 | 13,029.98 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.70 | 13,003.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.75 | 12,977.53 |
| 05/29/12 | {1} | John Belmont | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 500.00 | | 13,477.53 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.28 | 13,448.25 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.63 | 13,421.62 |
| 07/17/12 | {27} | PNC Bank Eugine Belmont | Fraudulent Conveyance Settlement | 1241-000 | 500.00 | | 13,921.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.77 | 13,891.85 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.41 | 13,862.44 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 13,835.93 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.18 | 13,804.75 |
| | | ACCOUNT TOTALS | | | 15,500.67 | 1,695.92 | $13,804.75 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | Subtotal | | | 15,500.67 | 1,695.92 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $15,500.67 | $1,695.92 | |

{} Asset reference(s)

Printed: 11/16/2012 11:31 AM    V.13.04

Case 08-01500    Doc 336    Filed 12/11/12    Entered 12/11/12 16:30:22    Desc Main
Document      Page 7 of 10

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: 08-01500 | Trustee: ILENE F. GOLDSTEIN (330290) |
| Case Name: BELMONT, JOHN EUGENE | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******82-65 - Checking Account |
| Taxpayer ID #: **-***0377 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/16/12 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 15,500.67
—————
Net Estate : $15,500.67

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******82-65 | 15,500.67 | 1,695.92 | 13,804.75 |
| | $15,500.67 | $1,695.92 | $13,804.75 |

{} Asset reference(s)    Printed: 11/16/2012 11:31 AM    V.13.04

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-01500
Case Name: BELMONT, JOHN EUGENE
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 13,804.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Midwest Bank and Trust Company | 89,268.05 | 89,268.05 | 0.00 | 0.00 |
| 6 | S. Barry Lipin | 49,912.90 | 49,912.90 | 0.00 | 0.00 |
| 9S | Chain O Lakes Co Inc | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 10S | Hughes Enterprises | 17,775.41 | 17,775.41 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,804.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,300.07 | 0.00 | 2,300.07 |
| Attorney for Trustee, Fees - B. Lane Hasler | 122,546.00 | 0.00 | 10,144.08 |
| Attorney for Trustee, Expenses - B. Lane Hasler | 732.09 | 0.00 | 60.60 |
| Attorney for Trustee Fees - Office of the US Trustee (ADMINISTRATIVE) | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses: $ 13,804.75
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $10,569.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | IRS | 10,000.00 | 0.00 | 0.00 |
| 15P | Illinois Department Of Revenue | 569.52 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,566,517.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | First Bank of Highland Park | 585,018.57 | 0.00 | 0.00 |
| 3 | J.P. Phillips, Inc./Ken Mastny | 6,000.00 | 0.00 | 0.00 |
| 4 | CHASE BANK USA | 1,194.21 | 0.00 | 0.00 |
| 5 | CHASE BANK USA | 7,005.83 | 0.00 | 0.00 |
| 7 | Lincolnshire Associates II Ltd | 138,572.34 | 0.00 | 0.00 |
| 9U | Chain O Lakes Co Inc | 8,115.46 | 0.00 | 0.00 |
| 10U | Hughes Enterprises | 883.07 | 0.00 | 0.00 |
| 11 | American Express Travel Related Services Co, Inc | 7,075.68 | 0.00 | 0.00 |
| 12 | Michael Rante | 100,000.00 | 0.00 | 0.00 |
| 13 | DDS Real Estate, LLC | 411,150.68 | 0.00 | 0.00 |
| 14 | Bank of Lincolnwood | 5,301,410.76 | 0.00 | 0.00 |
| 15U | Illinois Department Of Revenue | 90.96 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 60,789.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Morgante Wilson Architects Ltd | 60,789.79 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**