**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    BELMONT, JOHN EUGENE         §        Case No. 08-01500
                                       §
                                       §
Debtor(s)                              §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **01/11/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 11/16/2012                         By:    /s/ Ilene F. Goldstein
                                                Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BELMONT, JOHN EUGENE § Case No. 08-01500
 §
 §
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,500.67 |
| *and approved disbursements of* | $ 1,695.92 |
| *leaving a balance on hand of* [1] | $ 13,804.75 |
| **Balance on hand:** | $ 13,804.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Midwest Bank and Trust Company | 89,268.05 | 89,268.05 | 0.00 | 0.00 |
| 6 | S. Barry Lipin | 49,912.90 | 49,912.90 | 0.00 | 0.00 |
| 9S | Chain O Lakes Co Inc | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 10S | Hughes Enterprises | 17,775.41 | 17,775.41 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,804.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,300.07 | 0.00 | 2,300.07 |
| Attorney for Trustee, Fees - B. Lane Hasler | 122,546.00 | 0.00 | 10,144.08 |
| Attorney for Trustee, Expenses - B. Lane Hasler | 732.09 | 0.00 | 60.60 |
| Attorney for Trustee Fees - Office of the US Trustee (ADMINISTRATIVE) | 1,300.00 | 0.00 | 1,300.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,804.75 |
| Remaining balance: | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:   $           0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,569.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | IRS | 10,000.00 | 0.00 | 0.00 |
| 15P | Illinois Department Of Revenue | 569.52 | 0.00 | 0.00 |

Total to be paid for priority claims:   $           0.00
Remaining balance:   $           0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,566,517.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | First Bank of Highland Park | 585,018.57 | 0.00 | 0.00 |
| 3 | J.P. Phillips, Inc./Ken Mastny | 6,000.00 | 0.00 | 0.00 |
| 4 | CHASE BANK USA | 1,194.21 | 0.00 | 0.00 |
| 5 | CHASE BANK USA | 7,005.83 | 0.00 | 0.00 |
| 7 | Lincolnshire Associates II Ltd | 138,572.34 | 0.00 | 0.00 |
| 9U | Chain O Lakes Co Inc | 8,115.46 | 0.00 | 0.00 |
| 10U | Hughes Enterprises | 883.07 | 0.00 | 0.00 |
| 11 | American Express Travel Related Services Co, Inc | 7,075.68 | 0.00 | 0.00 |
| 12 | Michael Rante | 100,000.00 | 0.00 | 0.00 |
| 13 | DDS Real Estate, LLC | 411,150.68 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 15U | Illinois Department Of Revenue | 90.96 | 0.00 | 0.00 |

|  |  |  |  |
|---|---:|---|---:|
| Total to be paid for timely general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 60,789.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | Morgante Wilson Architects Ltd | 60,789.79 | 0.00 | 0.00 |

|  |  |  |  |
|---|---:|---|---:|
| Total to be paid for tardy general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |  |  |
|---|---:|---|---:|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-01500-ABG
John Eugene Belmont                                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox              Page 1 of 4              Date Rcvd: Dec 12, 2012
                               Form ID: pdf006         Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2012.
```
db             #+John Eugene Belmont,    484 Broadview Ave,   Highland Park, IL 60035-4906
11907272       +A. Chapa & Sons,   c/o Snyder Clarke & Fouts,    700 S Lewis Ave, Ste 220,
                 Waukegan, IL 60085-6173
12007494       +American Express,    General Counsels Office,   3200 Commerce Pwy,   MD 19-01-06,
                 Merrimar, FL 33025-3907
11907274        American Express Travel,   Related Services Co Inc,    POB 3001,   Malvern, PA 19355-0701
12123341        American Express Travel Related Services Co, Inc,    c o Becket and Lee LLP,   POB 3001,
                 Malvern PA 19355-0701
11907277       +August A. Pilati,    53 W. Jackson Blvd., Suite 528,   Chicago, IL 60604-3617
11907280       +Bank One Card Serv,    Attn: Correspondence Dept/Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
11907279       +Bank of Lincolnwood,    C/O Burke, Warren, MacKay, & Serrit,    330 N. Wabash Ave., 22nd Floor,
                 Chicago, IL 60611-3586
11907278       +Bank of Lincolnwood,    4433 West Touhy Avenue,   Lincolnwood, IL 60712-1878
11907281       +Bella Building Group,    224 Green Bay Road,   Highwood, IL 60040-1703
11907282       +Belmont Homes, Inc.,    224 Green Bay Road,   Highwood, IL 60040-1703
11907284        Bernard A. Bono, P.E.,    3166 S. River Road,   Suite 12,   Des Plaines, IL 60018
11907285       +Bilmont Plumbing,    C/O Ronald O. Roeser, Suite 100,   920 Davis Road, Suite 100,
                 Elgin, IL 60123-1344
11907286        Bono Consulting, Inc.,    3166 S. River Road,   Suite 12,   Des Plaines, IL 60018
11907288       +Burke, Warren, MacKay, & Serritella,    330 N. Wabash, 22nd Floor,   Chicago, IL 60611-3793
11907291        CH-J Painting,    7012 N. Dobson,   Saint Charles, IL 60174
11907290        Century Tile,    c/o Biehl & Biehl, Inc.,   P.O. Box 84710,   Carol Stream, IL 60188-7410
11907292       +Chain O Lakes Co Inc,    c/o Christina T Lynch Esq,   833 Elm #205,   Winnetka, IL 60093-2237
11907293       +Chan Peterson,    1301 N. Astor St.,   7th Floor,   Chicago, IL 60610-2113
11907294       +Chase,    Chase CC Srvs/Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
11907295       +Chase- Bp,    Po Box 15298,   Wilmington, DE 19850-5298
11907296       +Citibank,    Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11907297       +City Suburban Title Services Comp.,    2340 S. River Road,   Des Plaines, IL 60018-3212
11907298        Country Mutual Insurance Co.,    c/o Shelist Law Firm LLC,    415 N. LaSalle St., Suite 603,
                 Chicago, IL 60610
11907299       +Crowley, Barrett & Karaba, Ltd.,    20 S. Clark Street,   Suite 2310,   Chicago, IL 60603-1806
11907301       +DDS Real Estate, LLC,    C/O Gordon Gault,   318 W. Adams St.,   Chicago, IL 60606-5111
11907304       +DSG Construction, Inc.,    4301 N. Springfield Ave.,   Chicago, IL 60618-1044
11907300       +David Gilfan,    707 Lake Cook Road,   Deerfield, IL 60015-5613
11907302       +DeFrenza, Mosconi, Matyjewicz, P.C.,    707 Skokie Boulevard,   Northbrook, IL 60062-2839
11907303        Dr. Robert Rosenfeld,    475 Holtz Rd.,   Northbrook, IL 60062
11907305       +Edgewater, LLC,    737 N Sheridan Road,   Lake Forest, IL 60045-2244
11907307       +First Bank and Trust of Illinois,    C/O Crowley, Barrett & Karaba, Ltd,
                 20 South Clark Street, Suite 2310,    Chicago, IL 60603-1806
11907306       +First Bank and Trust of Illinois,    300 East Northwest Highway,    Palatine, IL 60067-8117
11907309       +First Bank of Highland Park,    C/O McFadden & Dillon, P.C.,    120 S. LaSalle Street, Suite 1335,
                 Chicago, IL 60603-3581
11907308       +First Bank of Highland Park,    1835 First Street,   Highland Park, IL 60035-3120
11907310        Gail Cooper,   246 Wabia Terrace,   Highland Park, IL 60035
11907312       +Harleysville Lake States Ins. Co.,    Midwest Regional Claims Srvs Ctr,    PO Box 84,
                 Batavia, IL 60510-0084
11907314       +Hughes Enterprises,    C/O Rock Fusco, LLC,   321 N. Clark Street, Suite 2200,
                 Chicago, IL 60654-4614
12307081       ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
                (address filed with court: Illinois Department Of Revenue,     Attn Bankruptcy Administrative Unit,
                 100 W Randolph Suite 7-410,    Chicago IL 60601)
11907315        Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11907317       +Italgranite, Inc.,    C/O Daniel R. Asani,   1411 W. Peterson Ave., Suite 202,
                 Park Ridge, IL 60068-5076
11907318       +J.P. Phillips, Inc./Ken Mastny,    c/o Berglund & Niew, P.C.,   900 Jorie Blvd., Suite 122,
                 Oak Brook, IL 60523-3823
11907319       +James J. Athanas,    C/O Drake James Leoris, Jr.,   622 Laurel Avenue,
                 Highland Park, IL 60035-3502
11907320       +Jerome Epping,    7530 288th Avenue,   Salem, WI 53168-9532
11907321       +Joanie Beck & Kevin Beck,    100 Red Bridge Road,   Lake Zurich, IL 60047-2588
11907322       +Joel Manning,    175 Olde Half Day Road,   Lincolnshire, IL 60069-3061
11907323        John Belmont & Associates,    225 Green Bay Road,   Highwood, IL 60040
11907324       +John Belmont & Associates, Inc,    371 Ravine Park Drive,   Lake Forest, IL 60045-1367
11907325       +John Gierum,    9700 Higgins Road, Suite 1015,   Des Plaines, IL 60018-4712
11907326       +John O'Doherty,    67 W. Burton Place,   Chicago, IL 60610-1409
11907327       +Joseph Cohen, Trustee,    Cohen & Krol,   105 West Madison, Suite 1100,   Chicago, IL 60602-4600
11907328       +Lee Gordon,    246 Beech St.,   Highland Park, IL 60035-4165
11907329       +Lincolnshire Associates II,    Investor David Colburn,   555 Skokie Boulevard, Suite 555,
                 Northbrook, IL 60062-2854
12045045       +Lincolnshire Associates II Ltd,    William S Schwartz,   400 Skokie Blvd Ste 700,
                 Northbrook, IL 60062-7934
11907330       +Manning & Silverman,    175 Olde Half Day Road,   Suite 290,   Lincolnshire, IL 60069-3074
11907331       +Marie Elliot,    C/O Edmund R. McGlynn,   582 Oakwood Avenue,   Lake Forest, IL 60045-1974
```

```
District/off: 0752-1           User: acox                  Page 2 of 4                   Date Rcvd: Dec 12, 2012
                               Form ID: pdf006             Total Noticed: 86

11907332     +Mary Belmont,    371 Ravine Park Drive,    Lake Forest, IL 60045-1367
11907333     +Mary Lynn Belmont,    371 Ravine Park Drive,    Lake Forest, IL 60045-1367
11907334     +Masonry Company, Inc.,    c/o Loftus & Loftus, Ltd,    646 Busse Highway,
               Park Ridge, IL 60068-2502
11907335     +McFadden & Dillon, P.C.,    120 S. LaSalle Street,    Suite 1335,    Chicago, IL 60603-3581
11907336     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
12276429     +Michael Rante,    Bella Building Group LLC,    Eiden & O'Donnell Ltd,    230 Center Dr Ste 102,
               Vernon Hills, IL 60061-1584
11907337     +Michael Rante,    C/O David Seabright,    230 Center Drive, Suite 102,
               Vernon Hills, IL 60061-1584
11907338     +Midwest Bank and Trust,    501 W. North Avenue,    Melrose Park, IL 60160-1610
11936204     +Midwest Bank and Trust Company,    501 West North Avenue,    Melrose Park, IL 60160-1610,
               Attn: Mr. Sheldon Bernstein
12627616     +Morgante Wilson Architects Ltd,    c/o B Lane Hasler PC,    1530 S State St Suite 17A,
               Chicago, IL 60605-2977
11907339     +Morgante-Wilson Architects,    2834 Central Avenue,    Evanston, IL 60201-1222
11907340     +PC Hardwood Flooring,    c/o Alan H. Slodki, Esq.,    111 West Washington St, Suite 750,
               Chicago, IL 60602-2813
11907341     +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
11907342     +Peter Solmo & Son,    c/o Ronald E. Shadle, Esq,    1019 West Wise Road, Suite 200,
               Schaumburg, IL 60193-3754
11907343     +Richard Bell,    2222 N. Fremont,    Chicago, IL 60614-3614
11907344     +Robert Boell,    3200 N. Lake Shore Drive,    Chicago, IL 60657-3952
11907345     +S. Barry Lipin,    291 West Deerpath Road,    Lake Forest, IL 60045-2155
11907346     +Sarah Vegh,    c/o Lawrence A. Rosen,    20 N. Wacker Dr., Suite 3410,    Chicago, IL 60606-3102
11907347     +Scott Ward Underground Contractors,     43360 N. US Highway 41,    Zion, IL 60099-9425
11907348     +Shaw & Foley, L.L.C.,    33 North County Street,    Suite 302,    Waukegan, IL 60085-4322
11907349     +Shula & Associates, L.P.,    C/O Thompson, Coburn, Fagel, Haber,
               55 East Monroe Street, 40th Floor,    Chicago, IL 60603-5713
11907350     +Tileworks, Inc.,    224 Green Bay Road,    Highwood, IL 60040-1703
11907351     +Tom Bartlett,    737 N. Sheridan Road,    Lake Forest, IL 60045-2244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11907276     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 13 2012 02:27:26     Armor Systems Co,    1700 Kiefer Dr,
               Suite 1,    Zion, IL 60099-5105
11907287     +E-mail/Text: mwack@breezyhillnursery.com Dec 13 2012 04:13:03      Breezy Hill Nursery,
               7530 288th Avenue,    Salem, WI 53168-9532
11990399     +E-mail/Text: bncmail@w-legal.com Dec 13 2012 04:17:32     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11907311     +E-mail/Text: sclark@arthuradler.com Dec 13 2012 04:18:16     Guardsmark, LLC,
               c/o Adler & Associates, Ltd.,    25 E. Washington St., Suite 500,    Chicago, IL 60602-1703
11907313      E-mail/Text: bankruptcy@proconsrv.com Dec 13 2012 04:13:11      Home Depot Commerical,
               c/o Pro Consulting Services, Inc.,    P.O. Box 66768,    Houston, TX 77266-6768
11907316      E-mail/Text: cio.bncmail@irs.gov Dec 13 2012 01:53:17     IRS,    Attn: Stop 5010 CHI,
               230 South Dearborn Street,    Chicago, IL 60604
12395053     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 13 2012 04:13:20      Office of the US Trustee,
               for the Northern District of IL,    219 S Dearborn St Room 873,    Chicago, IL 60604-2027
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11907275       Arch Moesta
11907289       Carpet Group, Inc.
11907273     ##+Allocated Business Management LLC,    320 N. Seymour Ave.,    Mundelein, IL 60060-2307
11907283     ##+Belmont Homes, Inc.,    371 Ravine Park Drive,    Lake Forest, IL 60045-1367
                                                                                                TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox              Page 3 of 4             Date Rcvd: Dec 12, 2012
                              Form ID: pdf006         Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2012**                **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: acox                 Page 4 of 4                  Date Rcvd: Dec 12, 2012
                              Form ID: pdf006            Total Noticed: 86
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2012 at the address(es) listed below:

```
              Adam R Moreland    on behalf of Creditor    Hughes Enterprises, Inc. amoreland@rockfuscollc.com
              B Lane Hasler    on behalf of Attorney B Lane Hasler lanehasler@blhpc.com
              B Lane Hasler    on behalf of Trustee Ilene F Goldstein, ESQ lanehasler@blhpc.com
              B Lane Hasler    on behalf of Plaintiff Ilene F. Goldstein lanehasler@blhpc.com
              B Lane Hasler    on behalf of Creditor    Morgante Wilson Architects Ltd. lanehasler@blhpc.com
              Donald F Engel    on behalf of Defendant Marla  Backes don@uscounsel.com,    lea@uscounsel.com
              Edward J. Lesniak    on behalf of Creditor    Bank Of Lincolnwood elesniak@burkelaw.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,    il35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
              Joel A Schechter, ESQ    on behalf of Defendant Eugene  Belmont joelschechter@covad.net
              Jonathan P Friedland    on behalf of Creditor    The Estate of S Barry Lipin jfriedland@lplegal.com,
               jsarantopoulos@lplegal.com
              Kenneth M Mastny    on behalf of Creditor    J.P. Phillips ken.mastny@gmail.com,
               berglundniew@aol.com
              Kimberly J. Weissman    on behalf of Creditor    16 Asset Management Holdings LLC
               kimberly@weissmanlegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Plaintiff John Eugene Belmont paul@bachoffices.com,
               pnbach@bachoffices.com;BachECF@gmail.com;BachLaw@IAmTheWolf.com
              Richard S Mittelman    on behalf of Plaintiff Michael  Rante mittelmanr@eiden-odonnell.com
              Richard S Mittelman    on behalf of Plaintiff    Bella Building Group, LLC
               mittelmanr@eiden-odonnell.com
              Robert  Radasevich    on behalf of Defendant John  Belmont rradasevich@ngelaw.com,
               igarcia@ngelaw.com
              Thomas J. Dillon    on behalf of Creditor    First Bank Of Highland Park
               mcfaddendillonlaw@ameritech.net
              Timothy J Somen    on behalf of Creditor    First Bank Of Highland Park t.somen@mcdillaw.com
                                                                                             TOTAL: 20
```