UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                )
JOHN EUGENE BELMONT             )      Chapter 7
                                )      (Converted From Chapter 11)
                                )      No. 08 B 01500
                 Debtor         )
                                )      Honorable A. Benjamin Goldgar
                                )
                                )
                                )
------------------------)

## ORDER GRANTING FINAL APPLICATION OF
## B. LANE HASLER, P.C. AS ATTORNEY
## FOR CHAPTER 7 TRUSTEE FOR COMPENSATION REIMBURSEMENT
## OF EXPENSES FOR THE
## PERIOD FROM DECEMBER 20, 2010 THROUGH SEPTEMBER 30, 2012

Upon the Final Application of B. Lane Hasler P.C. as
Attorney For Chapter 7 Trustee for Reimbursement of Expenses for
the Period From December 20, 2010 through September 30, 2012
(the "Application") filed by B. Lane Hasler, P.C., attorneys for
Ilene F. Goldstein as chapter 7 trustee (the "Trustee") seeking
an order awarding it (a) allowance of $122,546 in fees for
services rendered and authorizing the Trustee to make partial
payment thereof in an amount equal to the net proceeds after
payment by the Estate of its other costs of administration (b)
allowance and payment of expenses for the period from December
20, 2010 through September 30, 2012 (the "Final Period") on a
final basis in the amount of $732.09 and (c) final approval of
$1,276 in expenses previously awarded on an interim basis in
accordance with 11 U.S.C §§ 330 and 331, and Rule 2016 of the
Federal Rules of Bankruptcy Procedure; and the Court having
reviewed the Application, determined that it has jurisdiction

over the Application, and having determined that appropriate

notice of the Application was given; and it appearing that no

other or further notice need be given; and sufficient cause

appearing therefor, it is hereby:

ORDERED ADJUDGED AND DECREED THAT

1.    The Application shall be, and hereby is, GRANTED.

2.    The fees requested on the Application are approved on

a final basis in the amount of $122,546 for the Final Period.

3.    The expenses requested in the Application are approved

on a final basis in the amount of $732.09 for the Final Period

(the "Expenses") and $1,276 as previously awarded on an interim

basis.

4.    The Trustee is authorized to pay the expenses awarded

in full and pay that portion of the fees awarded equal to the

net proceeds after payment by the Estate of the Expenses and its

other costs of administration.

Dated:    11 JAN 2013

ENTER

UNITED STATES BANKRUPTCY JUDGE

08-01500:338.4:Application for Compensation:Exhibit Fee Records Part 3 Entered: 12/11/2012 4:51:35 PM by:B Hasler Page Page 27 of 28