# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BELMONT, JOHN EUGENE                    § Case No. 08-01500
                                               §
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,439,711.00                Assets Exempt: $35,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00         Claims Discharged
                                               Without Payment: $6,637,876.87

Total Expenses of Administration: $15,500.67

3) Total gross receipts of $ 15,500.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,500.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $159,456.36 | $159,456.36 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 128,574.08 | 128,574.08 | 15,500.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,569.52 | 10,569.52 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,627,307.35 | 6,627,307.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $6,925,907.31 | $6,925,907.31 | $15,500.67 |

4) This case was originally filed under Chapter 7 on January 23, 2008. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2013          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1241-000 | 500.00 |
| Lawsuit on Tranfer of House | 1241-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.67 |
| **TOTAL GROSS RECEIPTS** | | **$15,500.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midwest Bank and Trust Company | 4110-000 | N/A | 89,268.05 | 89,268.05 | 0.00 |
| 6 | S. Barry Lipin | 4110-000 | N/A | 49,912.90 | 49,912.90 | 0.00 |
| 9S | Chain O Lakes Co Inc | 4110-000 | N/A | 2,500.00 | 2,500.00 | 0.00 |
| 10S | Hughes Enterprises | 4110-000 | N/A | 17,775.41 | 17,775.41 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$159,456.36** | **$159,456.36** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,300.07 | 2,300.07 | 2,300.07 |
| B. Lane Hasler | 3210-000 | N/A | 122,546.00 | 122,546.00 | 10,144.08 |
| B. Lane Hasler | 3220-000 | N/A | 732.09 | 732.09 | 60.60 |
| Office of the US Trustee (ADMINISTRATIVE) | 3110-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| B. Lane Hasler P.C. | 3220-000 | N/A | 1,276.00 | 1,276.00 | 1,276.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.09 | 26.09 | 26.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.17 | 25.17 | 25.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.72 | 27.72 | 27.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.93 | 25.93 | 25.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.53 | 27.53 | 27.53 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 11.92 | 11.92 | 11.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.33 | 25.33 | 25.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.70 | 26.70 | 26.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.75 | 25.75 | 25.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.28 | 29.28 | 29.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.63 | 26.63 | 26.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.77 | 29.77 | 29.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.41 | 29.41 | 29.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.51 | 26.51 | 26.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.18 | 31.18 | 31.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $128,574.08 | $128,574.08 | $15,500.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | IRS | 5800-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 15P | Illinois Department Of Revenue | 5800-000 | N/A | 569.52 | 569.52 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $10,569.52 | $10,569.52 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Bank of Highland Park | 7100-000 | N/A | 585,018.57 | 585,018.57 | 0.00 |
| 3 | J.P. Phillips, Inc./Ken Mastny | 7100-000 | N/A | 6,000.00 | 6,000.00 | 0.00 |
| 4 | CHASE BANK USA | 7100-000 | N/A | 1,194.21 | 1,194.21 | 0.00 |
| 5 | CHASE BANK USA | 7100-000 | N/A | 7,005.83 | 7,005.83 | 0.00 |
| 7 | Lincolnshire Associates II Ltd | 7100-000 | N/A | 138,572.34 | 138,572.34 | 0.00 |
| 9U | Chain O Lakes Co Inc | 7100-000 | N/A | 8,115.46 | 8,115.46 | 0.00 |
| 10U | Hughes Enterprises | 7100-000 | N/A | 883.07 | 883.07 | 0.00 |
| 11 | American Express Travel Related Services Co, Inc | 7100-000 | N/A | 7,075.68 | 7,075.68 | 0.00 |
| 12 | Michael Rante | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 13 | DDS Real Estate, LLC | 7100-000 | N/A | 411,150.68 | 411,150.68 | 0.00 |
| 14 | Bank of Lincolnwood | 7100-000 | N/A | 5,301,410.76 | 5,301,410.76 | 0.00 |
| 15U | Illinois Department Of Revenue | 7100-000 | N/A | 90.96 | 90.96 | 0.00 |
| 17 | Morgante Wilson Architects Ltd | 7200-000 | N/A | 60,789.79 | 60,789.79 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,627,307.35 | $6,627,307.35 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01500  
**Case Name:** BELMONT, JOHN EUGENE  

**Period Ending:** 03/13/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/28/08 (c)  
**§341(a) Meeting Date:** 07/07/08  
**Claims Bar Date:** 06/30/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  RESIDENCE (u)  224-226 Green Bay Road, Highwood, Owned jointly with Debtor's wife, Mary Lynn, Belmont, Land purchased: 1994, Land Purchase price: 217,000, Building built in 2001, appraised in January, 2008 | 1,280,000.00 | 1,000.00 | | 500.00 | FA |
| 2  RESIDENCE  104 Moffet, Lake Bluff, IL 60044, Date Purchased: 8/2004, Purchase price: $625,000, Down payment: $125,000 | 850,000.00 | 62,020.00 | | 0.00 | FA |
| 3  RESIDENCE  531 E. North Avenue, Date Purchased: 3/2003, Purchase Price: $580,000, Down payment: $100,000 | 600,000.00 | 41,250.00 | | 0.00 | FA |
| 4  RESIDENCE (u)  204 Witchwood, Date Purchased: 8/2006, Purchase Price: $745,000, Down Payment: $200,000 | 750,000.00 | 0.00 | | 0.00 | FA |
| 5  RESIDENCE  251 E. Washington, Date Purchased: 9/2006, Purchase Price: $1,100,000, Down Payment: $250,000 | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 6  RESIDENCE  37 Ravine Forest Drive, Lake Forest, IL 60045, Property is owned by 37 Ravine Forest Drive, LLC | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 7  RESIDENCE  405 Moraine Drive, Lake Forest, IL 60 045, Property is owned by 405 Moraine, LLC | 800,000.00 | 0.00 | | 0.00 | FA |
| 8  RESIDENCE  Fisherman's Dude Ranch, Chicago, IL, Property is owned by Edgewater, LLC | 1.00 | 0.00 | | 0.00 | FA |
| 9  BANK ACCOUNTS  Checking account at Harris Bank | 700.00 | 0.00 | | 0.00 | FA |
| 10  HOUSEHOLD GOODS AND FURNISHINGS  Ordinary household furnishings for a 7 room home, owned jointly with Debtor's wife | 2,500.00 | 0.00 | | 0.00 | FA |
| 11  BOOKS AND ART OBJECTS | 500.00 | 300.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01500  
**Case Name:** BELMONT, JOHN EUGENE  

**Period Ending:** 03/13/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/28/08 (c)  
**§341(a) Meeting Date:** 07/07/08  
**Claims Bar Date:** 06/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Miscellaneous books, music, movies, etc. | | | | | |
| 12 | WEARING APPAREL AND JEWELRY<br>    Ordinary used men's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 13 | WEARING APPAREL AND JEWELRY<br>    Men's watch, ring | 500.00 | 0.00 | | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES<br>    Whole life insurance policy - $15,000 cash value, $250,000 death benefit to wife | 15,000.00 | 0.00 | | 0.00 | FA |
| 15 | PENSION PLANS AND PROFIT SHARING<br>    IRA account | 15,000.00 | 0.00 | | 0.00 | FA |
| 16 | STOCK AND BUSINESS INTERESTS<br>    100% owner of John Belmont & Associates, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 17 | STOCK AND BUSINESS INTERESTS<br>    100% owner of Belmont Homes, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 18 | STOCK AND BUSINESS INTERESTS<br>    100% owner of 37 Ravine Forest, LLC | 1.00 | 1.00 | | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Edgwater, LLC (Partner - Tom Bartlett) | 1.00 | 1.00 | | 0.00 | FA |
| 20 | STOCK AND BUSINESS INTERESTS<br>    50% owner of B & B Building Group, LLC (Partner - Tom Bartlett) | 1.00 | 1.00 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS<br>    100% owner of 405 Moraine, LLC | 1.00 | 1.00 | | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Bella Building Group, LLC (Partner - Mike Ranta) | 1.00 | 1.00 | | 0.00 | FA |
| 23 | STOCK AND BUSINESS INTERESTS<br>    50% owner of Handiworks, Inc. (Partner - Todd Stefaniak) | 1.00 | 1.00 | | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS<br>    100% owner of Shoreline Custom Homes, LLC - a Florida corporation | 1.00 | 1.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01500  
**Case Name:** BELMONT, JOHN EUGENE  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/28/08 (c)  
**§341(a) Meeting Date:** 07/07/08  

**Period Ending:** 03/13/13  

**Claims Bar Date:** 06/30/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 25 | TAX REFUNDS<br>    Anticipated 2007 income tax refund | 1.00 | 1.00 | | 0.00 | FA |
| 26 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Construction/Carpentry tools | 5,000.00 | 3,500.00 | | 0.00 | FA |
| 27 | Lawsuit on Tranfer of House  (u) | Unknown | Unknown | | 15,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.67 | FA |
| **28** | **Assets**    Totals (Excluding unknown values) | **$6,719,711.00** | **$108,080.00** | | **$15,500.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:   The Trustee obtained a Denial of Discharge in this case in the fourth quarter of 2012.

The Trustee filed her final report and account in 2012 and the hearing on compensation occurred on January 11, 2013.

Both the Trustee's Special Counsel and the Trustee's own Law Firm lost collectively approximately $160,000.00 in fees however obtained an excellent result for the creditors.

All of the funds have been disbursed and the Trustee anticipates that the final account will be on file by March 1, 2013.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010         **Current Projected Date Of Final Report (TFR):**    December 11, 2012  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-01500 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BELMONT, JOHN EUGENE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******82-65 - Checking Account |
| Taxpayer ID #: | **-***0377 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/11 | {27} | Don Engel for Marla Bacchus | Recovery under avoiding power | 1241-000 | 14,000.00 | | 14,000.00 |
| 07/15/11 | 1001 | B. Lane Hasler P.C. | Special Counsel expenses | 3220-000 | | 1,276.00 | 12,724.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 12,724.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,724.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.63 | 12,694.54 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.63 | 12,699.17 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,699.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.09 | 12,673.18 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,673.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.17 | 12,648.11 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,648.21 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.72 | 12,620.49 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,620.59 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.93 | 12,594.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,594.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.53 | 12,567.23 |
| 02/15/12 | {27} | Mary Lynn Belmont | Avoiding Powers settlement | 1241-000 | 500.00 | | 13,067.23 |
| 02/15/12 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #08-01500, 2012-2013 Bond Premium | 2300-000 | | 11.92 | 13,055.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.33 | 13,029.98 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.70 | 13,003.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.75 | 12,977.53 |
| 05/29/12 | {1} | John Belmont | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 500.00 | | 13,477.53 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.28 | 13,448.25 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.63 | 13,421.62 |
| 07/17/12 | {27} | PNC Bank Eugine Belmont | Fraudulent Conveyance Settlement | 1241-000 | 500.00 | | 13,921.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.77 | 13,891.85 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.41 | 13,862.44 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 13,835.93 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.18 | 13,804.75 |
| 01/11/13 | 1003 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,300.07, Trustee Compensation; Reference: | 2100-000 | | 2,300.07 | 11,504.68 |
| 01/11/13 | 1004 | Office of the US Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $1,300.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,300.00 | 10,204.68 |

Subtotals :   $15,500.67   $5,295.99

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-01500  
**Case Name:** BELMONT, JOHN EUGENE  

**Taxpayer ID #:** **-***0377  
**Period Ending:** 03/13/13  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | 1005 | B. Lane Hasler | Dividend paid 8.27% on $122,546.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 10,144.08 | 60.60 |
| 01/11/13 | 1006 | B. Lane Hasler | Dividend paid 8.27% on $732.09, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 60.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,500.67 | 15,500.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,500.67 | 15,500.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,500.67** | **$15,500.67** | |

{} Asset reference(s)

Printed: 03/13/2013 02:13 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-01500  
**Case Name:** BELMONT, JOHN EUGENE  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****784365 - Checking Account  

**Taxpayer ID #:** **-***0377  
**Period Ending:** 03/13/13  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :  15,500.67  
———————  
Net Estate :   $15,500.67

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******82-65 | 15,500.67 | 15,500.67 | 0.00 |
| Checking # ****784365 | 0.00 | 0.00 | 0.00 |
| | $15,500.67 | $15,500.67 | $0.00 |